## C. E. Smalley, Appellant, v. John S. Lord, Agent in Fact for Underwriters at Lloyd's, London, Appellee.

### Gen. No. 42,681.

Heard in the third division, first district, this court at the June term, 1943; opinion filed February 2, 1944; rehearing denied March 7, 1944. Hansen & Hansen, for appellant; Leith M. Hansen, of counsel; Lord, Bissell & Kadyk, for appellee; Fred E. Inbau, of counsel. Opinion by JUSTICE BURKE. Not to be published in full.